IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

YACHIRA ROMAN and )
STEVE ROMAN, )
 )
      Plaintiffs, )
 )
v. ) Case No. 17-2201-JAR
 )
KELLOGG COMPANY, )
 )
      Defendant. )

## **ORDER**

This case comes before the court on the joint motion of the parties requesting an order directing the Kansas Human Rights Commission ("KHRC") to produce for inspection and copying all records pertaining to KHRC Case No. 38803-17 (EEOC Charge No. 563-2016-01475) concerning Yachira Roman (ECF No. 22).

The court grants the motion and directs the KHRC to make available to the parties all the contents of its investigative file, except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. Should the KHRC consider that any items are of the foregoing nature, copies of such items shall be forwarded to the court for in camera inspection within thirty days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in the case.

IT IS SO ORDERED.

Dated September 14, 2017, at Kansas City, Kansas.

O:\ORDERS\17-2201-JAR-KHRC-22.wpd

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge